# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: PATAKI, LEAH M | § | Case No. 09-72544 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 19, 2009. The undersigned trustee was appointed on June 19, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of            $            420,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 45,069.63 |
| Administrative expenses | 170,526.87 |
| Bank service fees | 400.54 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 189,002.96 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 05/09/2011 and the deadline for filing governmental claims was 05/09/2011.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $16,706.37.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $16,706.37, for a total compensation of $16,706.37.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: _08/12/2014_____        By:_/s/BERNARD J. NATALE_____
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 09-72544 | **Trustee:** (330370)   BERNARD J. NATALE |
| **Case Name:** PATAKI, LEAH M | **Filed (f) or Converted (c):** 06/19/09 (f) |
| | **§341(a) Meeting Date:** 07/22/09 |
| **Period Ending:** 08/12/14 | **Claims Bar Date:** 05/09/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1    Real Estate located at Location: 2303 Hickory La | 98,250.00 | 0.00 | | 0.00 | FA |
| 2    Checking account with National City | 20.00 | 0.00 | | 0.00 | FA |
| 3    Savings account with National City | 0.00 | 0.00 | | 0.00 | FA |
| 4    Miscellaneous used household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 5    Personal used clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6    Miscellaneous costume jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 7    Employer - Term Life Insurance - no cash surrend | 0.00 | 0.00 | | 0.00 | FA |
| 8    State Universitiies Retirement System | 18,663.00 | 0.00 | | 0.00 | FA |
| 9    2008 Federal Tax Refund | 2,565.00 | 0.00 | | 0.00 | FA |
| 10    02 Chevrolet TrailBlazer, 60,000 miles | 4,575.00 | 0.00 | | 0.00 | FA |
| 11    Worker's Compensation Claim 09 WC 19807  (u) | Unknown | Unknown | | 0.00 | FA |
| 12    PI Claim:Sterling Comm Roofing & Sjostrom & Sons (u) | Unknown | 0.00 | | 420,000.00 | FA |
| **12    Assets    Totals** (Excluding unknown values) | **$125,673.00** | **$0.00** | | **$420,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

SPECIAL COUNSEL PURSUING PERSONAL INJURY CLAIM.  JURY TRAIL SET FOR 6/23/2014.

**Initial Projected Date Of Final Report (TFR):**      December 31, 2012      **Current Projected Date Of Final Report (TFR):**      December 31, 2014

Exhibit B

# **Form 2**

## **Cash Receipts And Disbursements Record**

Page: 1

| | | |
|---|---|---|
| **Case Number:** | 09-72544 | |
| **Case Name:** | PATAKI, LEAH M | |
| **Taxpayer ID #:** | **-***5251 | |
| **Period Ending:** | 08/12/14 | |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ********66 - Checking Account |
| **Blanket Bond:** | $472,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/14 | {12} | Zurich American Insurance Company | Partial Payment on PI Cause of Action | 1242-000 | 70,000.00 | | 70,000.00 |
| 07/02/14 | {12} | Zurich American Insurance Company | FInal Pymt on PI Cause of Action | 1242-000 | 350,000.00 | | 420,000.00 |
| 07/08/14 | 101 | MARINO & SIMONETTI | Pymt of Special Counsel Costs and Expenses | 3220-610 | | 30,526.87 | 389,473.13 |
| 07/08/14 | 102 | MARINO & SIMONETTI | Pymt of Special Counsel Contingent Fee | 3210-600 | | 140,000.00 | 249,473.13 |
| 07/08/14 | 103 | LIBERTY INSURANCE CORPORATION | Pymt of W/C Insurance Lien | 4800-000 | | 45,069.63 | 204,403.50 |
| 07/08/14 | 104 | LEAH M. PATAKI | Pymt of Debtor's P I Exemption | 8100-002 | | 15,000.00 | 189,403.50 |
| 07/14/14 | 105 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/14/2014 FOR CASE #09-72544, 016018067 Voided on 07/14/14 | 2300-003 | | 13.42 | 189,390.08 |
| 07/14/14 | 105 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/14/2014 FOR CASE #09-72544, 016018067 Voided: check issued on 07/14/14 | 2300-003 | | -13.42 | 189,403.50 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 400.54 | 189,002.96 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 420,000.00 | 230,997.04 | **$189,002.96** |
| Less: Bank Transfers | | 0.00 | 0.00 |
| **Subtotal** | | **420,000.00** | **230,997.04** |
| Less: Payments to Debtors | | | 15,000.00 |
| **NET Receipts / Disbursements** | | **$420,000.00** | **$215,997.04** |

| | |
|---|---|
| Net Receipts : | 420,000.00 |
| Less Payments to Debtor : | 15,000.00 |
| Net Estate : | $405,000.00 |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ********66** | **420,000.00** | **215,997.04** | **189,002.96** |
| | **$420,000.00** | **$215,997.04** | **$189,002.96** |

{} Asset reference(s)

Printed: 08/12/2014 02:21 PM    V.13.15

# E X H I B I T   A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 9, 2011

**Case Number:** 09-72544      Page: 1      **Date:** August 12, 2014
**Debtor Name:** PATAKI, LEAH M      **Time:** 02:21:32 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ATTY 199 | BERNARD J. NATALE, LTD. 6833 STALTER DRIVE, STE 201 ROCKFORD, IL 61108 | Admin Ch. 7 | | $2,877.00 | $0.00 | 2,877.00 |
| BOND 199 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Admin Ch. 7 | | $0.00 | $0.00 | 0.00 |
| TRTE 199 | BERNARD J. NATALE 6833 STALTER DRIVE SUITE 201 ROCKFORD, IL 61108 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 269127.43] | $16,706.37 | $0.00 | 16,706.37 |
| SPEXP 199 | MARINO & SIMONETTI CLIENT COST ACCOUNT 134 NO LASALLE ST SUITE 1450 CHICAGO, IL 60602 | Admin Ch. 7 | PURSUANT TO ORDER ENTERED ON 5/21/14 | $30,526.87 | $30,526.87 | 0.00 |
| SPCOUN 199 | MARINO & SIMONETTI OPERATING ACCOUNT 134 NO LASALLE ST SUITE 1450 CHICAGO, IL 60602 | Admin Ch. 7 | Pursuant to Order entered on 5/21/14 | $140,000.00 | $140,000.00 | 0.00 |
| EXPENSE 199 | BERNARD J. NATALE, LTD. 6833 STALTER DRIVE, STE 201 ROCKFORD, IL 61108 | Admin Ch. 7 | | $22.98 | $0.00 | 22.98 |
| EXEMPTIO 100 | LEAH M. PATAKI % MARINO & SIMONETTI 134 N LASALLE STREET, SUITE 1450 CHICAGO, IL 60602 | Secured | PURSUANT TO ORDER ENTERED ON 5/21/14 | $15,000.00 | $15,000.00 | 0.00 |
| W/CLIEN 950 | LIBERTY INSURANCE CORPORATION %MARINO & SIMONETTI 134 N LASALLE ST, SUITE 1450 CHICAGO, IL 60602 | Secured | PURSUANT TO ORDER ENTERED ON 5/21/14 | $45,069.63 | $45,069.63 | 0.00 |
| 1 610 | Great Lakes Higher Education Guaranty Corp P O Box 7858 Madison, WI 53704-7858 | Unsecured | 3321/871756 | $22,224.07 | $0.00 | 22,224.07 |
| 2 610 | Rockford Mercantile 2502 S Alpine Rd Rockford, IL 61108 | Unsecured | 7266 | $1,463.49 | $0.00 | 1,463.49 |
| 3 610 | Atlantic Credit & Finance Inc 2727 Franklin Road Roanoke, VA 24014 | Unsecured | 7197 | $8,962.39 | $0.00 | 8,962.39 |
| 1I 640 | Great Lakes Higher Education Guaranty Corp P O Box 7858 Madison, WI 53704-7858 | Unsecured | 3321/871756 | $594.97 | $0.00 | 594.97 |

# E X H I B I T  A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 9, 2011

**Case Number:** 09-72544

Page: 2

**Date:** August 12, 2014
**Time:** 02:21:32 PM

**Debtor Name:** PATAKI, LEAH M

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2I 640 | Rockford Mercantile 2502 S Alpine Rd Rockford, IL 61108 | Unsecured | 7266 | $39.18 | $0.00 | 39.18 |
| 3I 640 | Atlantic Credit & Finance Inc 2727 Franklin Road Roanoke, VA 24014 | Unsecured | 7197 | $239.94 | $0.00 | 239.94 |
| SURPLUS 650 | PATAKI, LEAH M 2303 HICKORY LAWN DR ROCKFORD, IL 61107 | Unsecured | | $135,872.57 | $0.00 | 135,872.57 |
| << Totals >> | | | | 419,599.46 | 230,596.50 | 189,002.96 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-72544
Case Name: PATAKI, LEAH M
Trustee Name: BERNARD J. NATALE

**Balance on hand:**                                    $           189,002.96

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| W/CLIEN | LIBERTY INSURANCE CORPORATION | 45,069.63 | 45,069.63 | 45,069.63 | 0.00 |

Total to be paid to secured creditors:    $            0.00
Remaining balance:                        $       189,002.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 16,706.37 | 0.00 | 16,706.37 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,877.00 | 0.00 | 2,877.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 22.98 | 0.00 | 22.98 |
| Other Fees: MARINO & SIMONETTI | 140,000.00 | 140,000.00 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 0.00 | 0.00 | 0.00 |
| Other Expenses: MARINO & SIMONETTI | 30,526.87 | 30,526.87 | 0.00 |

Total to be paid for chapter 7 administration expenses:    $        19,606.35
Remaining balance:                                         $       169,396.61

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $            0.00
Remaining balance:                                             $       169,396.61

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 169,396.61 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,649.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Great Lakes Higher Education Guaranty Corp | 22,224.07 | 0.00 | 22,224.07 |
| 2 | Rockford Mercantile | 1,463.49 | 0.00 | 1,463.49 |
| 3 | Atlantic Credit & Finance Inc | 8,962.39 | 0.00 | 8,962.39 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 32,649.95 |
| Remaining balance: | $ | 136,746.66 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 136,746.66 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 136,746.66

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.5% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $874.09. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 135,872.57.

**UST Form 101-7-TFR (05/1/2011)**