# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: PATAKI, LEAH M                                    §   Case No. 09-72544
                                                         §
                                                         §
Debtor(s)                                                §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    327 S Church Street, Room 1100
    Rockford IL 61101

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 09/17/2014 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  08/12/2014          By:  /s/BERNARD J. NATALE
                                                                                                             Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: PATAKI, LEAH M § Case No. 09-72544
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---|
| *The Final Report shows receipts of* | $ 420,000.00 |
| *and approved disbursements of* | $ 230,997.04 |
| *leaving a balance on hand of* [1] | $ 189,002.96 |
| **Balance on hand:** | $ 189,002.96 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| W/CLIEN | LIBERTY INSURANCE CORPORATION | 45,069.63 | 45,069.63 | 45,069.63 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 189,002.96 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 16,706.37 | 0.00 | 16,706.37 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,877.00 | 0.00 | 2,877.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 22.98 | 0.00 | 22.98 |
| Other Fees: MARINO & SIMONETTI | 140,000.00 | 140,000.00 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 0.00 | 0.00 | 0.00 |
| Other Expenses: MARINO & SIMONETTI | 30,526.87 | 30,526.87 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 19,606.35 |
| Remaining balance: | $ 169,396.61 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 169,396.61 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 169,396.61 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,649.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Great Lakes Higher Education Guaranty Corp | 22,224.07 | 0.00 | 22,224.07 |
| 2 | Rockford Mercantile | 1,463.49 | 0.00 | 1,463.49 |
| 3 | Atlantic Credit & Finance Inc | 8,962.39 | 0.00 | 8,962.39 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 32,649.95 |
| Remaining balance: | $ | 136,746.66 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 136,746.66 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 136,746.66 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.5% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $874.09. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 135,872.57.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 09-72544-TML
Leah M Pataki                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez           Page 1 of 1           Date Rcvd: Aug 15, 2014
                              Form ID: pdf006         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2014.
db         +Leah M Pataki,    2303 Hickory Lawn Dr,    Rockford, IL 61107-3310
17299336   +Atlantic Credit,    Freedman Anselmo Lindberg LLC,    PO Box 3216,    Naperville, IL 60566-7216
14068129   +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,   Greensboro, NC 27420-6012
14068130   +Blatt, Hasenmiller, Leibsker & Moor,    211 Landmark Dr. Suite C-1,    P.O. Box 489,
             Normal, IL 61761-0489
14068131   +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr,   Columbus, OH 43219-6009
14068132   +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14068133   +Citibank/glelsi,    2401 International Ln,   Madison, WI 53704-3121
17122615    Great Lakes Educational Loan Services,    Claims Filing Unit,    PO Box 8973,
             Madison, WI 53708-8973
14068134   +Hsbc Bank,   Attn: Bankruptcy,    Po Box 5253,   Carol Stream, IL 60197-5253
14068135   +Louis S. Freedman,    P.O. Box 3228,   Naperville, IL 60566-3228
14068136   +Mutual Management Services,    401 E. Satte St.,    P.O. Box 4777,   Rockford, IL 61110-4777
14068137   +National City Mortgage,    Attn: Bankruptcy Dept,    3232 Newmark Dr.,   Miamisburg, OH 45342-5421
14068139   +Rockford Mercantile,    2502 S Alpine Rd,   Rockford, IL 61108-7813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14068128   +E-mail/Text: ACF-EBN@acf-inc.com Aug 16 2014 00:11:09     Atlantic Credit & Finance Inc,
             2727 Franklin Rd,   Roanoke, VA 24014-1011
14068138   +E-mail/Text: bankrup@aglresources.com Aug 16 2014 00:11:03     Nicor Gas,
             Attention: Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2014 at the address(es) listed below:
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Clay Mosberg    on behalf of Creditor   Atlantic Credit & Finance Inc. cmosberg@fallaw.com,
               tgirard@fallaw.com;mpost@fallaw.com;mmyers@fallaw.com;bneubauer@fallaw.com
              Jessee Renee Dagen Tillman    on behalf of Debtor Leah M Pataki NDILnotices@legalhelpers.com,
               CourtNotice@legalhelpers.com;jdg@legalhelpers.com;bk@legalhelpers.com;exs@legalhelpers.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Scott E Hillison    on behalf of Trustee Bernard J Natale hillison@pacatrust.com
              Zeljko Popovic    on behalf of Debtor Leah M Pataki notice@billbusters.com,
               Billbusters@bestclientinc.com;BillBusters@ecf.inoruptcy.com
                                                                                             TOTAL: 7