## Amended Claims Proposed Distribution

### Case: 09-72544    PATAKI, LEAH M

**Case Balance:** $22,819.04    **Total Proposed Payment:** $22,819.04    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| EXEMPTIO | LEAH M. PATAKI | Secured | 15,000.00 | 15,000.00 | 15,000.00 | 0.00 | 0.00 | 22,819.04 |
|  | BERNARD J. NATALE, LTD. <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 2,877.00 | 2,877.00 | 2,877.00 | 0.00 | 0.00 | 22,819.04 |
|  | INTERNATIONAL SURETIES, LTD <2300-00 Bond Payments> | Admin Ch. 7 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,819.04 |
|  | BERNARD J. NATALE <2100-00 Trustee Compensation> | Admin Ch. 7 | 16,706.37 | 16,706.37 | 16,706.37 | 0.00 | 0.00 | 22,819.04 |
|  | MARINO & SIMONETTI <3220-61 Special Counsel for Trustee Expenses> | Admin Ch. 7 | 30,526.87 | 30,526.87 | 30,526.87 | 0.00 | 0.00 | 22,819.04 |
|  | MARINO & SIMONETTI <3210-60 Special Counsel for Trustee Fees> | Admin Ch. 7 | 140,000.00 | 140,000.00 | 140,000.00 | 0.00 | 0.00 | 22,819.04 |
|  | BERNARD J. NATALE, LTD. <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 22.98 | 22.98 | 22.98 | 0.00 | 0.00 | 22,819.04 |
| 1 | Great Lakes Higher Education Guaranty Corp | Unsecured | 22,224.07 | 0.00 | 0.00 | 0.00 | 0.00 | 22,819.04 |
| 2 | Rockford Mercantile | Unsecured | 1,463.49 | 1,463.49 | 1,463.49 | 0.00 | 0.00 | 22,819.04 |
| 3 | Atlantic Credit & Finance Inc | Unsecured | 8,962.39 | 8,962.39 | 8,962.39 | 0.00 | 0.00 | 22,819.04 |
| 1I | Great Lakes Higher Education Guaranty Corp | Unsecured | 594.97 | 0.00 | 0.00 | 0.00 | 0.00 | 22,819.04 |
| 2I | Rockford Mercantile | Unsecured | 39.18 | 39.18 | 39.18 | 0.00 | 0.00 | 22,819.04 |
| 3I | Atlantic Credit & Finance Inc | Unsecured | 239.94 | 239.94 | 239.94 | 0.00 | 0.00 | 22,819.04 |
| SURPLUS | PATAKI, LEAH M | Unsecured | 135,872.57 | 158,691.61 | 135,872.57 | 22,819.04 | 22,819.04 | 0.00 |
| W/CLIEN | LIBERTY INSURANCE CORPORATION | Secured | 45,069.63 | 45,069.63 | 45,069.63 | 0.00 | 0.00 | 0.00 |
|  | **Total for Case 09-72544 :** |  | **$419,599.46** | **$419,599.46** | **$396,780.42** | **$22,819.04** | **$22,819.04** |  |

### CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $190,133.22 | $190,133.22 | $190,133.22 | $0.00 | 100.000000% |
| Total Secured Claims : | $60,069.63 | $60,069.63 | $60,069.63 | $0.00 | 100.000000% |
| Total Unsecured Claims : | $169,396.61 | $169,396.61 | $146,577.57 | $22,819.04 | 100.000000% |

/s/ Bernard J. Natale, Trustee

9-30-14