**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: PATAKI, LEAH M                    § Case No. 09-72544-MB
                                         §
                                         §
Debtor(s)                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $125,673.00              Assets Exempt: $55,248.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $55,774.63      Claims Discharged
                                                 Without Payment: $26,887.00

Total Expenses of Administration: $190,533.76

3) Total gross receipts of $ 420,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 173,691.61 (see **Exhibit 2**), yielded net receipts of $246,308.39 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $106,250.00 | $45,069.63 | $45,069.63 | $45,069.63 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 190,533.76 | 190,533.76 | 190,533.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 36,996.00 | 33,524.04 | 10,705.00 | 10,705.00 |
| **TOTAL DISBURSEMENTS** | $143,246.00 | $269,127.43 | $246,308.39 | $246,308.39 |

    4) This case was originally filed under Chapter 7 on June 19, 2009. The case was pending for 65 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/16/2014          By: /s/BERNARD J. NATALE
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI Claim:Sterling Comm Roofing & Sjostrom & Sons | 1242-000 | 420,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$420,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LEAH M. PATAKI | Pymt of Debtor's P I Exemption | 8100-002 | 15,000.00 |
| PATAKI, LEAH M | Distribution paid 100.00% on $135,872.57; Claim# SURPLUS; Filed: $135,872.57; Reference: | 8200-002 | 135,872.57 |
| LEAH M PATAKI | ADDITIONAL SURPLUS FUNDS AFTER CHECK RETURNED FROM CREDITOR | 8200-002 | 22,819.04 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$173,691.61** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| W/CLIEN | LIBERTY INSURANCE CORPORATION | 4800-000 | N/A | 45,069.63 | 45,069.63 | 45,069.63 |
| NOTFILED | National City Mortgage | 4110-000 | 103,247.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan | 4110-000 | 3,003.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$106,250.00** | **$45,069.63** | **$45,069.63** | **$45,069.63** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,877.00 | 2,877.00 | 2,877.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 0.00 | 0.00 | 0.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 16,706.37 | 16,706.37 | 16,706.37 |
| MARINO & SIMONETTI | 3220-610 | N/A | 30,526.87 | 30,526.87 | 30,526.87 |
| MARINO & SIMONETTI | 3210-600 | N/A | 140,000.00 | 140,000.00 | 140,000.00 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 22.98 | 22.98 | 22.98 |
| Rabobank, N.A. | 2600-000 | N/A | 400.54 | 400.54 | 400.54 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $190,533.76 | $190,533.76 | $190,533.76 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Great Lakes Higher Education Guaranty Corp | 7100-000 | N/A | 22,224.07 | 0.00 | 0.00 |
| 1I | Great Lakes Higher Education Guaranty Corp | 7990-000 | N/A | 594.97 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Rockford Mercantile | 7100-000 | 1,463.00 | 1,463.49 | 1,463.49 | 1,463.49 |
| 2I | Rockford Mercantile | 7990-000 | N/A | 39.18 | 39.18 | 39.18 |
| 3 | Atlantic Credit & Finance Inc | 7100-000 | 8,646.00 | 8,962.39 | 8,962.39 | 8,962.39 |
| 3I | Atlantic Credit & Finance Inc | 7990-000 | N/A | 239.94 | 239.94 | 239.94 |
| NOTFILED | Citibank/glelsi | 7100-000 | 23,048.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 73.00 | N/A | N/A | 0.00 |
| NOTFILED | Blatt, Hasenmiller, Leibsker & Moor | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 72.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 3,694.00 | N/A | N/A | 0.00 |
| NOTFILED | Louis S. Freedman | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$36,996.00** | **$33,524.04** | **$10,705.00** | **$10,705.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-72544-MB      **Trustee:** (330370) BERNARD J. NATALE
**Case Name:** PATAKI, LEAH M     **Filed (f) or Converted (c):** 06/19/09 (f)
    **§341(a) Meeting Date:** 07/22/09
**Period Ending:** 12/16/14     **Claims Bar Date:** 05/09/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Real Estate located at Location: 2303 Hickory La | 98,250.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account with National City | 20.00 | 0.00 | | 0.00 | FA |
| 3 | Savings account with National City | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Miscellaneous used household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Personal used clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous costume jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Employer - Term Life Insurance - no cash surrend | 0.00 | 0.00 | | 0.00 | FA |
| 8 | State Universitiies Retirement System | 18,663.00 | 0.00 | | 0.00 | FA |
| 9 | 2008 Federal Tax Refund | 2,565.00 | 0.00 | | 0.00 | FA |
| 10 | 02 Chevrolet TrailBlazer, 60,000 miles | 4,575.00 | 0.00 | | 0.00 | FA |
| 11 | Worker's Compensation Claim 09 WC 19807 (u) | Unknown | Unknown | | 0.00 | FA |
| 12 | PI Claim:Sterling Comm Roofing & Sjostrom & Sons (u) | Unknown | 0.00 | | 420,000.00 | FA |
| **12** | **Assets** Totals (Excluding unknown values) | **$125,673.00** | **$0.00** | | **$420,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    SPECIAL COUNSEL PURSUING PERSONAL INJURY CLAIM.  JURY TRAIL SET FOR 6/23/2014.

**Initial Projected Date Of Final Report (TFR):** December 31, 2012     **Current Projected Date Of Final Report (TFR):** August 12, 2014 (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 09-72544-MB  
**Case Name:** PATAKI, LEAH M  

**Taxpayer ID #:** **-***5251  
**Period Ending:** 12/16/14  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $472,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/14 | {12} | Zurich American Insurance Company | Partial Payment on PI Cause of Action | 1242-000 | 70,000.00 | | 70,000.00 |
| 07/02/14 | {12} | Zurich American Insurance Company | FInal Pymt on PI Cause of Action | 1242-000 | 350,000.00 | | 420,000.00 |
| 07/08/14 | 101 | MARINO & SIMONETTI | Pymt of Special Counsel Costs and Expenses | 3220-610 | | 30,526.87 | 389,473.13 |
| 07/08/14 | 102 | MARINO & SIMONETTI | Pymt of Special Counsel Contingent Fee | 3210-600 | | 140,000.00 | 249,473.13 |
| 07/08/14 | 103 | LIBERTY INSURANCE CORPORATION | Pymt of W/C Insurance Lien | 4800-000 | | 45,069.63 | 204,403.50 |
| 07/08/14 | 104 | LEAH M. PATAKI | Pymt of Debtor's P I Exemption | 8100-002 | | 15,000.00 | 189,403.50 |
| 07/14/14 | 105 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/14/2014 FOR CASE #09-72544, 016018067 Voided on 07/14/14 | 2300-003 | | 13.42 | 189,390.08 |
| 07/14/14 | 105 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/14/2014 FOR CASE #09-72544, 016018067 Voided: check issued on 07/14/14 | 2300-003 | | -13.42 | 189,403.50 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 400.54 | 189,002.96 |
| 09/17/14 | 106 | BERNARD J. NATALE | Dividend paid 100.00% on $16,706.37, Trustee Compensation;  Reference: | 2100-000 | | 16,706.37 | 172,296.59 |
| 09/17/14 | 107 | PATAKI, LEAH M | Distribution paid 100.00% on $135,872.57; Claim# SURPLUS; Filed: $135,872.57; Reference: | 8200-002 | | 135,872.57 | 36,424.02 |
| 09/17/14 | 108 | Atlantic Credit & Finance Inc | Combined Check for Claims#3,3I | | | 9,202.33 | 27,221.69 |
| | | | Dividend paid 100.00%   8,962.39 on $8,962.39;  Claim# 3; Filed: $8,962.39; Reference: 7197 | 7100-000 | | | 27,221.69 |
| | | | Dividend paid 100.00%   239.94 on $239.94;  Claim# 3I; Filed: $239.94; Reference: 7197 | 7990-000 | | | 27,221.69 |
| 09/17/14 | 109 | BERNARD J. NATALE, LTD. | Combined Check for Claims#EXPENSE,ATTY | | | 2,899.98 | 24,321.71 |
| | | | Dividend paid 100.00%   22.98 on $22.98;  Claim# EXPENSE; Filed: $22.98 | 3120-000 | | | 24,321.71 |
| | | | Dividend paid 100.00%   2,877.00 on $2,877.00;  Claim# ATTY; Filed: $2,877.00 | 3110-000 | | | 24,321.71 |

Subtotals :            $420,000.00            $395,678.29

{} Asset reference(s)                                                                                                    Printed: 12/16/2014 12:54 PM    V.13.20

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-72544-MB  
**Case Name:** PATAKI, LEAH M  

**Taxpayer ID #:** **-***5251  
**Period Ending:** 12/16/14  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $472,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/17/14 | 110 | Great Lakes Higher Education Guaranty Corp | Combined Check for Claims#1,1I<br>Voided on 09/30/14 | 7100-003 | | 22,819.04 | 1,502.67 |
| 09/17/14 | 111 | Rockford Mercantile | Combined Check for Claims#2,2I | | | 1,502.67 | 0.00 |
| | | | Dividend paid 100.00%     1,463.49<br>on $1,463.49;  Claim# 2;<br>Filed: $1,463.49;<br>Reference: 7266 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%     39.18<br>on $39.18;  Claim# 2I;<br>Filed: $39.18;<br>Reference: 7266 | 7990-000 | | | 0.00 |
| 09/30/14 | 110 | Great Lakes Higher Education Guaranty Corp | Combined Check for Claims#1,1I<br>Voided: check issued on 09/17/14 | 7100-003 | | -22,819.04 | 22,819.04 |
| 10/09/14 | 112 | LEAH M PATAKI | ADDITIONAL SURPLUS FUNDS AFTER CHECK RETURNED FROM CREDITOR | 8200-002 | | 22,819.04 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 420,000.00 | 420,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 420,000.00 | 420,000.00 | |
| | | | Less: Payments to Debtors | | | 173,691.61 | |
| | | | **NET Receipts / Disbursements** | | **$420,000.00** | **$246,308.39** | |

Net Receipts :            420,000.00  
Less Payments to Debtor :   173,691.61  
_____  
Net Estate :            $246,308.39  

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ********66 | 420,000.00 | 246,308.39 | 0.00 |
| | **$420,000.00** | **$246,308.39** | **$0.00** |

{} Asset reference(s)